136 A.3d 413

## ATTORNEY GRIEVANCE COMMISSION OF MARYLAND, Petitioner

v.

### Peter Jerome EIDE, Respondent.

Misc. Docket AG No. 61, Sept. Term, 2015.

Court of Appeals of Maryland.

May 18, 2016.

## *ORDER*

The parties herein have jointly petitioned this Court to reprimand Respondent pursuant to Maryland Rule 16–772. Upon review of said Joint Petition and for the reasons set forth therein, it is this 18th day of May 2016,

ORDERED, that Respondent, Peter Jerome Eide, be and he is hereby reprimanded for misconduct in violation of Rule 5.5(a) of the Maryland Lawyers' Rules of Professional Conduct.